UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUAN B. PUJOL MOREIRA,                                            :
:
                      Plaintiff,,                              :
:    21-CV-2283 (JMF)
     -v-                                                      :
:    ORDER
SOCIÉTÉ GÉNÉRALE, S.A., et al.,                                   :
:
                      Defendants.                              :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 16, 2023, the Court granted Defendants' motion to dismiss the related case, 20-CV-9380. Per the Court's January 3, 2022 Order in this case, the parties were directed to meet and confer within 10 business days after the decision in the related case regarding the most sensible way to proceed in this case. ECF No. 18. Accordingly, the parties are directed to file a joint status letter by **March 17, 2023**, updating the Court on their views about how to proceed.

       SO ORDERED.

Dated: March 10, 2023
       New York, New York
                                                _____
                                                JESSE M. FURMAN
                                                United States District Judge